STATE OF MINNESOTA

IN SUPREME COURT

ADM05-8001



December 8, 2015

OFFICE OF
APPELLATE COURTS

In re Administrative Suspension of
Kevin Michael Koepke, a Minnesota
Attorney, Registration No. 0245306.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a motion for administrative suspension of respondent Kevin Michael Koepke, alleging that respondent is in arrears in payment of court-ordered child and spousal support. The Director has provided proof of the required notice of intent to suspend respondent's license and respondent's failure to request a hearing or to enter into a payment agreement as required by Minn. Stat. § 518A.66 (2014).

Based upon an independent review of the motion and supporting affidavit and pursuant to Rule 30, Rules on Lawyers Professional Responsibility (RLPR),

IT IS HEREBY ORDERED THAT:

1.      Respondent Kevin Michael Koepke is hereby suspended from the practice of law in Minnesota pursuant to Rule 30, RLPR.

2.      Respondent shall, within 10 days of the date of this order, provide notice of the suspension to all clients, opposing counsel, and courts before which matters are pending and shall file with the Clerk of Appellate Courts and serve upon the Director an affidavit of compliance with this provision.

3.    Respondent may apply for reinstatement by filing with this court and serving upon the Director an affidavit with supporting documentation showing all support arrearages have been paid, or that respondent has entered into and is in compliance with an approved payment agreement with county support authorities, pursuant to Rule 30(c), RLPR.

Dated:  December 8, 2015             BY THE COURT:

<br>

_____
David R. Stras
Associate Justice